■ KENNETH WILPON, Respondent, v RJW BROKERAGE CORP. et al., Appellants.—In an action to recover damages for breach of contract, the defendants appeal from an order of the

Supreme Court, Richmond County (Cusick, J.), dated June 19, 1989, which denied their motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Cusick at the Supreme Court. Bracken, J. P., Kunzeman, Sullivan and Rosenblatt, JJ., concur.